390 A.2d 291

Commonwealth v. Carr (et al., Appellant) et al.

Argued March 29, 1978. John J. Kerrigan, Jr., for appellant; Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissented.